**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **VDPP, LLC,**<br>　　　**Plaintiff,**<br><br>v.<br><br>**HP, INC.,**<br>　　　**Defendant** | **Civil Action No. 7:24-cv-00068-DC-DTG**<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO**
**ANSWER OR RESPOND TO COMPLAINT**

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer or Respond to Plaintiff's Original Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to May 27, 2024.

SIGNED this _____ day of _____ 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE PRESIDING