**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VDPP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 7:24-cv-00068** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **HP INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER REGARDING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is Defendant HP Inc.'s Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint. After consideration, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Defendant HP Inc. to move, answer, or otherwise respond to Plaintiff's Complaint is extended to June 26, 2024.

**SIGNED** this _____ day of _____ 2024.

_____
Derek T. Gilliland
UNITED STATES MAGISTRATE JUDGE